UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.: Case No. SACV 19-1018 JVS (KESx).    Date: June 6, 2019

Title: Rendon v. L & L Foods, Inc.

Present: The Honorable **James V. Selna, U.S. District Court**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS]** Order to Show Cause re Jurisdiction

The Court has made a preliminary review of the jurisdictional allegations in the:

    Complaint filed

    X    Notice of Removal ("Notice") filed May 28, 2019

by Snelling Employment, LLC ("Snelling").

The initial pleading invokes jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Notice, ¶ 6.) Jurisdiction on this basis requires complete diversity.

The following party to the action is alleged to be a limited liability companies ("LLC"):

    Snelling Holding, LLC
    Hearthside USA, LLC
    H-Food Holings, LLC
    Heartside USA–Produce and Foodservice , LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D.N.Y. 1999). In order to

determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members. Presently, the Court cannot tell if jurisdiction has been properly invoked.

Snelling is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading. <u>If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive tier.</u> Snelling shall provide the required specifics. It general statement in paragraph 12 is insufficient.

**A failure to respond may result in remand of the case for lack of jurisdiction.**

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |